IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CENTER CAPITAL CORPORATION,  )
                             )
    Plaintiff,               )
                             )         CIVIL ACTION NO.
    v.                       )           1:08cv969-MHT
                             )               (WO)
CASH BROTHERS LEASING,       )
INC., et al.,                )
                             )
    Defendants.              )
```

JUDGMENT ORDER

Plaintiff CENTER CAPITAL CORPORATION and Defendant BRIDGEVILLE TRAILERS, INC. having stipulated to a final judgment against BRIDGEVILLE TRAILERS, INC. (Doc. No. 38), IT IS HEREBY ORDERED:

That judgment is entered against BRIDGEVILLE TRAILERS, INC. in the amount of $70,544.43.

Ordered this 9th day of July, 2009.

                     /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE