IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
CENTER CAPITAL CORPORATION, )
                            )
     Plaintiff,             )
                            )   CIVIL ACTION NO.
     v.                     )    1:08cv969-MHT
                            )        (WO)
CASH BROTHERS LEASING,      )
INC., and PETER L. CASH,    )
                            )
     Defendants.            )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Center Capital Corporation's motion for summary judgment (doc. no. 40) is granted;

(2) Judgment is entered in favor of plaintiff Center Capital Corporation and against defendants Cash Brothers Leasing, Inc. and Peter L. Cash;

(3) Plaintiff Center Capital Corporation shall have and recover from defendants Cash Brothers Leasing, Inc. and Peter L. Cash the sum of $ 54,161.47, interest on

that amount at $ 12.30 per day from July 31, 2009, until the date of this judgment, and attorney's fees for this lawsuit.

It is further ORDERED that costs are taxed against the defendants, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this 4th day of September, 2009.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**