IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

CENTER CAPITAL CORPORATION, )
                            )
    Plaintiff,          )
                            )     CIVIL ACTION NO.
    v.                )     1:08cv969-MHT
                            )       (WO)
CASH BROTHERS LEASING,    )
INC., et al.,             )
                            )
    Defendants.        )

## ORDER

By final judgment entered on September 4, 2009, plaintiff Center Capital Corporation is to recover from defendants Cash Brothers Leasing, Inc. and Peter L. Cash the sum of $54,161.47, interest on that amount at $12.30 per day from July 31, 2009, until the date of the judgment, and attorney's fees for this lawsuit. Center Capital asserts that this judgment amounts to an aggregate sum of $74,323.82, consisting of principal in the above-stated amount of $54,161.47, interest from July 31 through September 4, 2009, in the amount of $730.50,

and attorney's fees and costs in the amount of $19,731.85.

On November 5, 2009, a writ of garnishment was issued against garnishee Wachovia Bank. On November 30, 2009, Wachovia Bank filed an answer indicating that it has in its possession $57,160.93 belonging to Cash Brothers Leasing and is holding the money subject to further orders of the court.

Accordingly, it is ORDERED that defendants Cash Brothers Leasing, Inc. and Peter L. Cash show cause, if any there be, in writing by February 16, 2010, as to why final judgment should not be entered against garnishee Wachovia Bank requiring that it pay into the registry of the United States District Court, Montgomery, Alabama sufficient sums, as prescribed in the writ of garnishment, from the money belonging to defendant Cash Brothers Leasing, Inc.

DONE, this the 2nd day of February, 2010.

    /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE