IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| CENTER CAPITAL CORPORATION, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 1:08cv969-MHT |
| | ) | (WO) |
| CASH BROTHERS LEASING, | ) | |
| INC., et al., | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION AND JUDGMENT

By final judgment entered on September 4, 2009, plaintiff Center Capital Corporation is to have and recover from defendants Cash Brothers Leasing, Inc. and Peter L. Cash the sum of $ 54,161.47, interest on that amount at $ 12.30 per day from July 31, 2009, until the date of the judgment, and attorney's fees for this lawsuit. This judgment amounts to an aggregate sum of $ 74,323.82, consisting of principal in the above-stated amount of $ 54,161.47, interest from July 31 through September 4, 2009, in the amount of $ 730.50, and attorney's fees and costs in the amount of $ 19,731.85.

On November 5, 2009, a writ of garnishment was issued against garnishee Wachovia Bank.  On November 30, 2009, Wachovia Bank filed an answer indicating that it has in its possession $ 57,160.93 belonging to Cash Brothers Leasing and is holding the money subject to further orders of the court.

On February 2, 2010, this court entered a show-cause order directing defendants Cash Brothers Leasing, Inc. and Peter L. Cash to show cause why final judgment should not be entered against garnishee Wachovia Bank as prescribed by the writ of garnishment.  Neither Cash Brothers Leasing nor Peter L. Cash responded to the show-cause order.

Accordingly, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The motion to condemn funds (doc. no. 53) is granted.

(2) Judgment is entered against garnishee Wachovia Bank.

(3) Garnishee Wachovia Bank shall pay into the registry of the United States District Court, Montgomery, Alabama sufficient sums (including the $ 57,160.93 being held) as prescribed in the writ of garnishment, from the funds belonging to defendant Cash Brothers Leasing, Inc.

DONE, this the 19th day of February, 2010.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**